## RETURN OF SERVICE

UNITED STATES DISTRICT COURT, Southern District of New York

Civil Action Number: 1:24-cv-01454-KPF
Date Filed: 2/27/2024

2024000058

Plaintiff: **SUSAN COMPETELLO, on behalf of herself and all others similarly situated,**
vs.
Defendant: **ENVY STYLZ BOUTIQUE, LLC,**

For:
Meridian Investigations & Security
48 Davis Avenue
Port Washington, NY 11050

Received by Meridian Investigations & Security on the 27th day of February, 2024 at 1:51 pm to be served on **Envy Stylz Boutique, LLC, 111 S. Johnson Street, Mineola, Wood County, TX 75773**.

I, Nathan Hollis, do hereby affirm that on the **9th day of March, 2024** at **2:27 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLINT, EXHIBITS A-C, CIVIL COVER SHEET, AND APPEARANCE OF COUNSEL** with the date of filing endorsed thereon by me, to: **Crystal Patschke** as **Owner** for **Envy Stylz Boutique, LLC**, at the address of: **176 Private Road 6235, Mineola, Wood County, TX 75773**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (32.7071,-95.4943) accuracy 4 m.

**Additional Information pertaining to this Service:**
3/9/2024  2:28 pm  Subject accepted service after confirming identity at her home.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Black, Glasses: N

My name is Nathan Hollis. My date of birth is  5/8/1990, and my address is 314 Bill Bradford, Sulphur Springs, TX 75482. I declare under penalty of perjury that the foregoing is true and correct. Executed in Hopkins County, State of Texas on 3/9/2024.

Nathan Hollis
PSC-19043
3/12/2024
Date

Meridian Investigations & Security
48 Davis Avenue
Port Washington, NY 11050
(516) 822-7070

Our Job Serial Number: HHN-2024000058

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V