**DENTONS**   **Karla Del Pozo García**  
Managing Associate

karla.delpozogarcia@dentons.com  
D   +1 212-768-5328

Dentons US LLP  
1221 Avenue of the Americas  
New York, NY  10020-1089  
United States

dentons.com

April 1, 2024

<u>VIA ECF</u>

The Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007



Re:   *Competello v. Envy Stylz Boutique, LLC,* Case No. 1:24-cv-01454-KPF

Dear Judge Failla:

We represent Defendant Envy Stylz Boutique, LLC. ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from April 1, 2024 to May 1, 2024.

Defendant's counsel was just retained. Plaintiff's counsel consented to the requested extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding Plaintiff's allegations. There have been no prior extensions.

Respectfully submitted,

*/s/ Karla Del Pozo García*  
Karla Del Pozo García

cc:   All counsel of record (by ECF)

```
Application GRANTED.  Defendant shall answer, move, or otherwise respond to
the Complaint on or before May 1, 2024.

The Clerk of Court is directed to terminate the pending motion at docket
entry 10.

Dated:     April 2, 2024            SO ORDERED.
           New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE