**Joseph & Norinsberg LLC**

Fighting for Employee Justice

Queens Office
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

Manhattan Office
110 East 59th Street, Suite 2300
New York, New York 10022

Newark Office
One Gateway Center, Suite 2600
Newark, New Jersey 07102

Philadelphia Office
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

Boston Office
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

Orlando Office
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
**jon@norinsberglaw.com**

May 17, 2024

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        **Re:**    **Competello v. Envy Stylz Boutique,**
                  **1:24-Civ. 1454 (KPF)**

Dear Judge Failla:

      We represent Plaintiff Susan Competello ("Plaintiff") in the above referenced ADA matter against Defendant, Envy Stylz Boutique, LLC. ("Defendant") (collectively the "Parties"). Together with Defendant's counsel, we submit this joint letter and proposed Case Management Plan, in accordance with this Court's Order issued on March 8, 2024 (Doc. No. 6).

**(1) A Brief Statement of the Nature of the Action and the Principal Defenses.**

      This is a case brought under the Americans with Disabilities Act ("ADA"). The Plaintiff experienced accessibility issues when navigating the Defendant's public website, https://www.envystylz.com with the use of his screen-reading software and maintains that the website's incompatibility with such aids renders it inaccessible to non-sighted individuals.

      Plaintiff seeks injunctive relief to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq*., and the N.Y.C. Administrative Code § 8-107. Plaintiff further seeks injunctive relief requiring Defendant to take all necessary steps to ensure its Website is in full compliance with the requirements set forth in the ADA, and its implementing regulations so that the Website is readily accessible to and usable by sight-impaired individuals. Plaintiff further seeks class certification, as well as attorney's fees and costs. While Defendant contends that its website has been remedied, this is clearly not true. In fact, Plaintiff's counsel

recently re-tested the Website using both SortSite and Wave Accessibility programs. These audits confirmed that there were still multiple and significant access barriers that exist on the website. Based on these audit results, the Defendant's claim that the subject website is now fully accessible is baseless and must be rejected.

Defendant denies that https://www.envystylz.com not fully accessible to and independently usable by Plaintiff and other blind or visually-impaired individuals, and that Plaintiff's rights under the Americans with Disabilities Act ("ADA") have been violated.

**(2) A Brief Description of Any Outstanding Motions:**

There are no outstanding motions at this time.

**(3) The Prospect For Settlement:**

The Parties have had preliminary discussions regarding the potential resolution of this dispute. The Parties will continue to engage in good faith settlement discussions to explore a potential resolution of this matter.

We thank the Court for its time and attention in this matter.

Sincerely,

Jon L Norinsberg, Esq.
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Tel. No.: (212) 227-5700
Fax No.: (212) 406-6890
jon@norinsberglaw.com

Karla Del Pozo Garcia, Esq.
Counsel for Defendant
Dentons Employment & Labor Practice
1221 Avenue of Americas
New York, New York 10020-1089